IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SOLOMON N. POWELL,

    Plaintiff,

v.                                                       Civil Action No. **3:13CV390**

AMERICAN EXPRESS CO. *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on September 16, 2013, the Court conditionally docketed Plaintiff's civil action. On September 30, 2013, United States Postal Service returned the September 16, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
James R. Spencer
United States District Judge

Date: 11-4-13
Richmond, Virginia